**Film Title:  Mechanic: Resurrection**
**Rights Owner:  ME2 Productions, Inc.**

| | SHA-1 Hash: 41E5C8F5DAE85A7230C88 4E3AB57E10A48BA04CE | | | | |
|---|---|---|---|---|---|
| John Doe Number | IP Address | Port | Infringement Date/Time (yr/m/d)/ UTC | ISP | General Vicinity of Connection in Jurisdiction |
| 1 | 65.103.125.5 | 49465 | 2016-10-24 07:08:58 | CenturyLink | Broomfield |
| 2 | 184.96.206.110 | 6882 | 2016-10-24 04:25:15 | CenturyLink | Commerce City |
| 3 | 184.96.173.70 | 6881 | 2016-10-23 04:08:09 | CenturyLink | Denver |
| 4 | 71.218.185.82 | 49152 | 2016-10-19 16:09:01 | CenturyLink | Denver |
| 5 | 97.122.107.14 | 40244 | 2016-10-19 00:00:38 | CenturyLink | Aurora |
| 6 | 71.218.212.51 | 26598 | 2016-10-18 12:31:58 | CenturyLink | Denver |
| 7 | 67.6.163.5 | 6881 | 2016-10-10 06:21:09 | CenturyLink | Denver |
| 8 | 71.34.149.8 | 6881 | 2016-10-09 10:09:48 | CenturyLink | Colorado Springs |
| 9 | 65.128.122.187 | 6881 | 2016-10-08 19:06:20 | CenturyLink | Denver |
| 10 | 174.24.5.164 | 6881 | 2016-10-07 03:43:08 | CenturyLink | Colorado Springs |
| 11 | 184.96.97.86 | 50321 | 2016-10-07 00:47:52 | CenturyLink | Denver |

EXHIBIT 1